# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| JAMES ANDREW LOHNES, <br><br> Plaintiff, <br><br> v. <br><br> MRS. JOHNSON, <br><br> Defendant. | CAUSE NO.: 2:18-CV-445-JTM-JEM |

## OPINION AND ORDER

James Andrew Lohnes, an unrepresented pretrial detainee in the Lake County Jail, filed a motion asking the court to find Mrs. Johnson in default because she has not responded to the compliant as ordered. (DE # 42.) On December 4, 2019, Mrs. Johnson was ordered to respond "as provided for in the Federal Rules of Civil Procedure." (DE # 31 at 5.) She was sent a notice of the lawsuit. (DE # 32.) She waived service and thereby had until February 7, 2020, to respond to the complaint. (DE # 35.) Well before that deadline, on January 16, 2020, she filed a motion to dismiss. (DE # 38.) Pursuant to Federal Rule of Civil Procedure 12(a)(4), that motion extended the time to otherwise plead. Therefore, Mrs. Johnson is not in default.

For these reasons, the motion (DE # 42) is **DENIED.**

**SO ORDERED.**

Date: February 7, 2020

           s/James T. Moody
           JUDGE JAMES T. MOODY
           UNITED STATES DISTRICT COURT